UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shunsen LIANG,<br><br>Petitioner,<br><br>v.<br><br>Jeremy CASEY, et al.,<br><br>Respondents. | Case No.: 26-cv-1224-AGS-SBC<br><br>**ORDER GRANTING HABEAS PETITION (ECF 1), DENYING TRO MOTION (ECF 2), AND ORDERING BOND HEARING** |

Petitioner seeks a writ of habeas corpus under 28 U.S.C. § 2241 to free him from immigration detention. Respondents recently acknowledged that petitioner is "entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." (ECF 5, at 2.) The Court agrees. Accordingly, the habeas petition is **GRANTED**. The motion for temporary restraining order is **DENIED** as moot.

Respondents must provide petitioner with a bond hearing before an immigration judge by **March 19, 2026**.

Dated: March 5, 2026

Hon. Andrew G. Schopler
United States District Judge

1

26-cv-1224-AGS-SBC